UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CUSTOMERS BANK,<br><br>     Plaintiff,<br><br> v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCIAL, INC., STONEGATE MORTGAGE CORPORATION, MICHAEL E. JOYCE, ESQ., COURT-APPOINTED RECEIVER IN THE MATTERS CONSOLIDATED IN THE MATTER OF <u>CUSTOMERS BANK V. CAPITAL FINANCIAL, ET. ALS.</u>, DOCKET NO. CAM-L-1239-13 IN THE SUPERIOR COURT OF CAMDEN COUNTY, NEW JERSEY<br><br>     Defendants | CIVIL ACTION NO. 17-CV-2699-RMB-JS |

## NOTICE OF DISMISSAL WITH PREJUDICE

To: The Clerk

  Plaintiff, Customers Bank, by and through its counsel, Robert L. Saldutti, Esquire and Thomas B. O'Connell, Esquire of the Saldutti Law Group, hereby dismisses the within matter with prejudice.

               SALDUTTI LAW GROUP

               /S/ ROBERT L. SALDUTTI

               _____
               ROBERT L. SALDUTTI, ESQUIRE
               THOMAS B. O'CONNELL, ESQUIRE
Dated: May 25, 2017         800 N Kings Highway, Suite 300
               Cherry Hill, NJ 08034
               (856) 779-0300